| | | |
|---|---|---|
| Kearse, Matter of, v Department of Corr. & Community Supervision | 3d Dept: 145 AD3d 1312 | denied* |
| Nyshawn R.V.S., Matter of (Erica M.V.) | 2d Dept: 145 AD3d 902 (Proceeding No. 1) | denied |
| Nyshawn R.V.S., Matter of (Tyshawn R.S.) | 2d Dept: 145 AD3d 902 (Proceeding No. 2) | denied |
| Schultheis, Matter of, v Schultheis | 2d Dept: 141 AD3d 721 | denied |

## Decided May 2, 2017

| | | |
|---|---|---|
| Almonte, Matter of, v New York State Bd. of Parole | 3d Dept: 145 AD3d 1307 | denied |
| Ginelle T.A., Matter of (Rondale J.) | 2d Dept: 145 AD3d 877 | denied* |
| Jesse E., Matter of, v Lucia F. | 3d Dept: 145 AD3d 1373 | denied* |
| Jordan R., Matter of | 2d Dept: 139 AD3d 1074 | denied |
| Kenneth C., Matter of (Terri C.) | 4th Dept: 145 AD3d 1612 | denied* |
| Khan, Matter of, v New York City Health & Hosps. Corp. | 1st Dept: 144 AD3d 600 | denied |
| People v Kohout | 2d Dept: 145 AD3d 922 | denied* |
| People v Urrego | 2d Dept: 145 AD3d 923 | denied* |
| People v Walker | 1st Dept: 146 AD3d 569 | denied* |
| Rosales, Matter of, v Venetozzi | 4th Dept: 144 AD3d 1687 | denied |
| Warren RR., Matter of (Brittany Q.—Christopher RR.) | 3d Dept: 143 AD3d 1072 | denied |
| Warren RR., Matter of (Christopher RR.—Brittany Q.) | 3d Dept: 143 AD3d 1072 | denied |

## Decided May 4, 2017

| | | |
|---|---|---|
| Aaliyah B., Matter of (Christina B.) | 4th Dept: 147 AD3d 1357 | denied* |
| Ashley, Matter of, v Annucci | 3d Dept: 145 AD3d 1238 | denied* |
| Barner v Depner | 4th Dept: 145 AD3d 1636 | denied |
| Berger, Matter of (Gail & Rice, Inc.—Commissioner of Labor) | 3d Dept: 143 AD3d 1024 | denied |

* Motion for poor person relief dismissed as academic or denied.